IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-552-D

| | | |
|---|---|---|
| PRINCE PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JACAMAN CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On April 13, 2018, Prince Parker ("Parker" or "plaintiff"), appearing pro se, asked this court to resubmit his case to the pro bono panel or to have the court appoint counsel. See [D.E. 12]. No constitutional right to counsel exists in civil cases absent "exceptional circumstances." Whisenant v. Yuam, 739 F.2d 160, 163 (4th Cir. 1984), abrogated in part on other grounds by Mallard v. U.S. Dist. Court for S. Dist. of Iowa, 490 U.S. 296, 300 & n.2 (1989); see Cook v. Bounds, 518 F.2d 779, 780 (4th Cir. 1975). The existence of exceptional circumstances depends upon "the type and complexity of the case, and the abilities of the individuals bringing it." Whisenant, 739 F.2d at 163 (quotation omitted). Parker's claims are straightforward, and he presented them clearly. This case does not present exceptional circumstances. Accordingly, plaintiff's motion [D.E. 12] is denied.

SO ORDERED. This 2 day of May 2018.

JAMES C. DEVER III
Chief United States District Judge