UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PRINCE PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:17-cv-552-D** |
| ) | |
| JACAMAN CONSTRUCTION, INC., ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff was DIRECTED to file proof of proper service on defendant by January 18, 2019. Plaintiff failed to comply with this order, therefore, the complaint against defendant is DISMISSED without prejudice and the case is closed.

**This Judgment Filed and Entered on February 1, 2019, and Copies To:**

Prince Parker          (Sent to 1426 Infinity Ln. Raleigh, NC 27610 via US Mail)

DATE:                                           PETER A. MOORE, JR., CLERK

February 1, 2019                      (By) /s/ Nicole Sellers
                                                      Deputy Clerk